**UNITED STATES DISTRICT COURT**

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

SOUTHERN DISTRICT OF TEXAS
Corpus Christi Division

**Please Reply To**:
1133 N. Shoreline Room 208
Corpus Christi, TX 78401-2042
(361) 888-3142

February 20, 2013

Clerk, U.S. District Court
Mark O. Hatfield
United States Courthouse
1000 Southwest Third Avenue,
Room 740
Portland, OR 97204-2802

RE: Our Case No. 2:13cr122-1
Your Case No. 3:06CR000446-01
U.S.A. VS. RODRIGO DIAZ LOPEZ

Dear Clerk:

Enclosed please find a certified copy of the Transfer of Jurisdiction accepted by Judge Nelva Gonzales Ramos. Copies of the transfer documents do not need to be forwarded. The documents were available through CM/ECF.

Respectfully,

David J. Bradley, Clerk

By: Deputy Clerk

Encl.